UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BRADLEY ALEXANDER ROYAL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:25-cv-00110-ACA-HNJ |
| ) | |
| WARDEN ROLANDA CALLOWAY, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On March 26, 2025, the magistrate judge entered a report recommending that the court dismiss Petitioner Bradley Alexander Royal's 28 U.S.C. § 2254 petition for a writ of habeas corpus without prejudice for failure to prosecute. (Doc. 4). Although the magistrate judge advised Mr. Royal of his right to object and the consequences of failing to object (*id.* at 2–3), the court has received no objections.

Mr. Royal's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court **WILL DISMISS** this action **WITHOUT PREJUDICE** for Mr. Royal's failure to prosecute.

**DONE** and **ORDERED** this April 29, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE